Michael G. McNally, Esq. (MM-6714)
**KROLL HEINEMAN, LLC**
Metro Corporate Campus 1
99 Wood Avenue South, Suite 307
Iselin, New Jersey 08830
Tel: (732) 491-2100
Fax: (732) 491-2120
Attorneys for Petitioners



CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| NEW JERSEY REGIONAL COUNCIL OF CARPENTERS and NEW JERSEY CARPENTERS FUNDS and the TRUSTEES THEREOF, <br><br> Petitioners, <br><br> v. <br><br> RUGGERO CONCRETE CORP., <br><br> Respondent. | Hon. Faith S. Hochberg, U.S.D.J. <br><br> Civil Action No.: 10-1619 (FSH) <br><br> CIVIL ACTION <br><br> **ORDER** |

**THIS MATTER** being opened to the Court by Kroll Heineman, LLC (Michael G. McNally, Esq., appearing), attorneys for Petitioners, for an Order for Turnover of Funds Levied Upon towards satisfaction of the Judgment in this action, and the Court reviewing the application for turnover of funds, and good and sufficient cause appearing for the entry of this Order and the application being unopposed;

**IT IS** on this 21st day of September, 2010

**ORDERED** that the monies levied upon in this action on August 12, 2010 at Hilltop Community Bank in the amount of $269.35 are ordered to be turned over to the Petitioners/Judgment Creditors towards satisfaction of this Judgment; and it is further

**ORDERED** that a copy of this Order be delivered to the Judgment Debtor and Hilltop Community Bank within seven (7) days hereof.

_____
HON. FAITH S. HOCHBERG, U.S.D.J.